

# THE THIRTEENTH COURT OF APPEALS

## 13-16-00652-CV

XL Insurance Company of New York, Inc.
v.
Juan Lucio

On Appeal from the
County Court at Law No 2 of Cameron County, Texas
Trial Cause No. 2015-CCL-00430

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be affirmed in part and reversed in part, and the case should be remanded to the trial court. The Court orders the judgment of the trial court AFFIRMED IN PART and REVERSED IN PART, and the case is REMANDED WITH INSTRUCTIONS as provided for in the Court's opinion. Costs of the appeal are adjudged against appellant, XL Insurance Company of New York, Inc.

We further order this decision certified below for observance.

May 24, 2018